IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| WILLIE LEE GARDNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 605-037 |
| ) | |
| EMANUEL PROBATION DETENTION ) | |
| CENTER, SERGEANT WOODS, FNU ) | |
| JONES, FNU HESTER, FNU HOOKS, ) | |
| FNU VANBUREN, FNU LANIER, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed *in forma pauperis* is **DENIED** (doc. no. 2) and this action is **DISMISSED** without prejudice.

SO ORDERED this 5 day of July, 2005.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT

# United States District Court
## Southern District of Georgia

WILLIE LEE GARDNER )

vs )  CASE NUMBER CV605-037

Emanuel Probation Detention Center, ) DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated July 5, 2005, which is part of the official record of this case.

Date of Mailing: July 5, 2005

Date of Certificate ☐ same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Willie Lee Gardner, 166587, 717 Martin Luther King, Waycross, GA 31501

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate